UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHNNY L. SMALL,

    Plaintiff,

v.

Z. AHMED,

    Defendant.

Case No. 14-cv-04612-JCS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00.  His IFP application is incomplete because it does not contain a Certificate of Funds signed by an authorized prison officer.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).[1]  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain (1) a Certificate of Funds signed by an authorized prison officer, or (2) full payment for the filing fee of $400.00.

Plaintiff's IFP application (Docket No. 4) is DENIED as insufficient.  The Clerk shall terminate Docket No. 4, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 1, 2014

                                JOSEPH C. SPERO
                                United States Magistrate Judge

---

[1] Plaintiff has consented to magistrate judge jurisdiction.  The magistrate judge, then, has jurisdiction to decide this motion, even though defendants have not been served or consented to magistrate judge jurisdiction.  *See Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995) (holding that magistrate judge had jurisdiction to dismiss prison inmate's action under 42 U.S.C. § 1983 as frivolous without consent of defendants because defendants had not been served yet and therefore were not parties).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY L. SMALL,<br><br>    Plaintiff,<br><br>    v.<br><br>Z. AHMED,<br><br>    Defendant. | Case No.   14-cv-04612-JCS<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/1/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnny L. Small ID: #:J-44318
Chino State Prison
P.O. Box. 500, CA2-206 Low
Chino, CA 91708

Dated: 12/1/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO